447 A.2d 639

Commonwealth v. Jackson, Appellant.

Submitted June 1, 1981. Kenneth L. Mirsky, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, McEWEN and MONTEMURO, JJ.

Judgment of sentence affirmed.